1

|     |     |     |
| --- | --- | --- |
| 1   | IN THE UNITED STATES DISTRICT COURT | |
| 2   | NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION | |
| 3   | | |
| 4   | ROCIO HERRERA-NEVAREZ, )             | Docket No. 17 C 3930 |
| 5   | )  Plaintiff, ) ) | |
| 6   | vs.   ) )                           | |
| 7   | ETHICON, INC., et al.,   )          | Chicago, Illinois |
|     | )                                   | August 15, 2017 |
| 8   | Defendants.  )                      | 9:30 o'clock a.m. |

```
 9                   TRIAL TRANSCRIPT OF PROCEEDINGS
       BEFORE THE HONORABLE MATTHEW F. KENNELLY, AND A JURY
10                            VOLUME 1-A

11
     APPEARANCES:
12

13   For the Plaintiff:    PHILLIPS LAW OFFICES
                           BY:  MR. STEPHEN DUANE PHILLIPS
14                              MS. ELISE ANNE WAISBREN
                           161 North Clark Street, Suite 4925
15                         Chicago, IL  60601
                           (312) 346-4262
16

17                         WAGSTAFF & CARTMELL LLP
                           BY:  MR. JEFFREY KUNTZ
18                         4740 Grand Avenue, Suite 300
                           Kansas City, MO  64112
19                         (816) 701-1100

20

21

22
     Court Reporter:       MS. CAROLYN R. COX, CSR, RPR, CRR, FCRR
23                         Official Court Reporter
                           219 S. Dearborn Street, Suite 2102
24                         Chicago, Illinois  60604
                           (312) 435-5639
25
```

1  ask -- they'll ask me outside the presence of the jury, and
2  I'll hear argument on whether the door gets opened.  But right
3  now, it hasn't.
4          In other words, I don't think what I've seen so far
5  is enough to open the door to evidence I think otherwise would
6  be inadmissible independently.  So that's the ruling.
7          Anything else?  Can we --
8          MR. KUNTZ:  One --
9          THE COURT:  That's what you said before, just one
10 thing.  So is this your second just one thing?
11         MR. KUNTZ:  My second one thing; but mention of prior
12 lawsuits as it relates to expert witnesses, expert witness for
13 the defense have done pretty good work for Ethicon, testified
14 for Ethicon.  If they are going to ask the money question of
15 our expert, which I --
16         THE COURT:  Well, I would assume that you guys in
17 these cases have worked that out.  I mean, I had the same
18 issue come up in the AbbVie trials that I've had in the TRT
19 cases that if there's going to be a question about overall
20 amounts of money made by experts, that absolutely opens the
21 door to the fact that they are consulting in a whole bunch of
22 lawsuits.  So it's going to have to be confined to hourly
23 rates or whatever.  So I'm just telling you that right now.
24 You can't play that both ways.
25         In other words, it's not going to be, you've made $5

1 million off of testifying for plaintiffs in cases.  Well,
2 then, it's going to be, yeah, because I testified in 3,000
3 cases or whatever.  Is that clear enough?
4     MR. ISMAIL:  Yes, sir.
5     THE COURT:  Okay.  All right.  So now we covered
6 everything?
7     So I have one other thing I want to say.  And I don't
8 single out Dr. Rosenzweig in this regard because of anything
9 about him.  It's just because I read his deposition.  He was
10 an extraordinarily non-responsive witness,
11 nonresponsive/combative witness, during the examination by
12 Mr. Ismail.  And, again, I am not singling him out.  There is
13 a view out there among people -- many people who testify for a
14 living that what you are supposed to do when the other side's
15 lawyer is asking you questions is fight and spar and try to
16 make your points.
17     So I am going to tell you right now what you are all
18 going to find out is when that happens -- because, number one,
19 juries hate it, number two, it's completely inappropriate for
20 people to do anything other than respond to questions.  That's
21 why redirect examination exists.  What you're going to find
22 out in here is that I'm going to sustain non-responsive
23 objections and strike answers.  If people don't make those
24 objections, I am going to yank you over to sidebar and tell
25 you to start.  If the witness keeps doing it even after it's