**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **CAROLYN M. KIEFFABER** | ) | |
| | ) | |
| **Plaintiff,** | ) | CIVIL ACTION |
| | ) | |
| v. | ) | No. 20-1177-KHV |
| | ) | |
| **ETHICON, INC. and** | ) | |
| **JOHNSON & JOHNSON,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

In accordance with Federal Rules of Civil Procedure 53(b)(2)(E) and 53(g), the Court has received and reviewed Special Master Prolumina's invoice. See Attached Invoice; see also Order Of Appointment (Doc. #199) at 8–9. The Court has determined that the fees and expenses appear to be reasonable and approves the attached invoice. This cost shall be split in equal parts among both sides. See Order Of Appointment (Doc. #199) at 8–9.

**IT IS THEREFORE ORDERED** that with their thanks, each side must pay $1,181.25 to the Special Master no later than May 4, 2021.

Dated this 20th day of April, 2021 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge
